**SO ORDERED.**

**SIGNED August 2, 2022.**



_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: PHOUTHASONE APHAIYARATH   CASE NO: 21-50748

### ORDER OF DISMISSAL

Pursuant to the Trustee's Oral Motion at the hearing held on 07/27/2022 and for good cause shown,

**IT IS ORDERED** that pursuant to 11 U.S.C. Section 503(b) the attorney fees of counsel were reasonable, necessary and of benefit to the Debtor in this case and are considered an administrative expense and the trustee is authorized to pay Debtor(s)' counsel an amount not to exceed that which is sought as a fee in this case, as reflected by the statement filed pursuant to 11 U.S.C. Section 329 and Rule 2016, Federal Rules of Bankruptcy Procedure.

**IT IS FURTHER ORDERED** that the Chapter 13 case be and the same is hereby dismissed; and that after all funds have been disbursed, the above account be closed.

**IT IS FURTHER ORDERED** that the Order directed to the employer/debtor to turn over to the Trustee a portion of wages of the debtor(s) is hereby revoked and rescinded.

**IT IS FURTHER ORDERED** that the provisions of 11 U.S.C. Sec. 362(A) and 11 U.S.C. Sec. 1301 staying certain acts and proceedings against debtor(s) and his/her or their property and against certain co-debtors are no longer in effect.

**IT IS FURTHER ORDERED** that the notice be sent to all creditors that the Chapter 13 case was dismissed, and that creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claim.

### ###

This order was prepared and is being submitted by:
Keith A. Rodriguez
Standing Chapter 13 Trustee
P O BOX 3445
LAFAYETTE, LA 70502-3445
(337)233-4413

In re:            Case No. 21-50748-JWK
Phouthasone Aphaiyarath         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0536-4      User: admin      Page 1 of 2
Date Rcvd: Aug 02, 2022      Form ID: pdf1      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phouthasone Aphaiyarath, 2109 Agnes Broussard Rd., New Iberia, LA 70560-6402 |
| 8308967 | + | Fstheritag, 600 Crescent Blvd, Ridgeland, MS 39157-8645 |
| 8308968 | + | Herschel Adcock, Jr., P.O. Box 87379, Baton Rouge, LA 70879-8379 |
| 8328169 | | Regions Bank dba Regions Mortgage, c/o Ms. Alicia B. Cook, LAW OFFICES OF HERSCHEL C. ADCOCK, JR., P.O. Box 87379, Baton Rouge, Louisiana 70879-8379 |
| 8308997 | + | Sheriff, Iberia Parish, 300 Iberia St., Suite 120, New Iberia LA 70560-4543 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: LDRBankruptcy.EBN@la.gov | Aug 02 2022 19:19:00 | Louisiana Department of Revenue and Taxation, Attn: Bankruptcy Division, P.O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Aug 02 2022 19:19:00 | State of Louisiana, Department of Labor, Delinquent Accounts Unit,UI Tech Support, 1001 North 23rd Street, Room 322, Baton Rouge, LA 70802-3338 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 02 2022 19:29:10 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8310387 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 02 2022 19:29:21 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8325198 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 02 2022 19:29:21 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 8308966 | + | Email/Text: EBN@thecmigroup.com | Aug 02 2022 19:19:00 | Credit Management, LP, Attn: Bankruptcy, Po Box 118288, Carrollton, TX 75011-8288 |
| 8328168 | + | Email/Text: newbk@Regions.com | Aug 02 2022 19:19:00 | Regions Bank dba Regions Mortgage, PO Box 1860, Memphis, TN 38101-1860 |
| 8308969 | + | Email/Text: mtg.bankruptcy@regions.com | Aug 02 2022 19:19:00 | Regions Mortgage, Bankruptcy, Po Box 18001, Hattiesburg, MS 39404-8001 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Regions Bank dba Regions Mortgage, PO Box 1860, Memphis, TN 38101-1860 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Patrick Keating | on behalf of Debtor Phouthasone Aphaiyarath rick@dmsfirm.com |
| Herschel C. Adcock, Jr. | on behalf of Creditor Regions Bank dba Regions Mortgage bknotices@hca.law |
| Keith A. Rodriguez | ecf@keithrodriguez.com |
| Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |

TOTAL: 4